IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>DANIEL E. ROLLI,<br><br>       Defendant. | Case No.: 8:15CB7<br><br>Violation No.: 4334861 NE22,<br>4334858 NE22 and 4334859 NE22<br><br>DISMISSAL ORDER |

NOW ON THIS 23rd day of April 2024, this matter is before the Court on the United States' Amended Motion for Dismissal (Filing No. 47). As the Amended Motion has been filed, Motion for Dismissal (Filing No. 46) is denied as moot. The Court, being duly advised in the premises, finds that Amended Motion for Dismissal (Filing No. 47) should be granted.

IT IS HEREBY ORDERED:

Leave of Court is granted for the United States to dismiss, without prejudice, the violations in the above-captioned case as to the Defendant, DANIEL E. ROLLI.

DATED this 23rd day of April, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge